UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
CHARLOTTE N BOLIN

CASE NO. 06 B 11453

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-2545

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/13/06 and confirmed on 11/17/06.

2. The case was dismissed after confirmation, 03/14/2008.

3. The Debtor paid a total of $ 6804.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | 146.09 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 21582.99 | 2117.64 | 2726.77 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 401.72 | .00 | .00 |
| OPTIMA MEDICAL ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 399.62 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3373.59 | .00 | 42.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10224.03 | .00 | 164.51 |
| RJM ACQUISITIONS LLC | UNSECURED | 131.28 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21582.99 | .00 | 14676.33 | .00 | 36259.32 |
| PRINCIPAL PAID | 2726.77 | .00 | 207.02 | .00 | 2933.79 |
| INTEREST PAID | 2117.64 | .00 | .00 | .00 | 2117.64 |
| TOTAL PAID | 4844.41 | .00 | 207.02 | .00 | 5051.43 |

The Debtor's attorney, STUART B HANDELMAN            , was allowed $   2500.00 and was paid $    1026.00  direct and $    1474.00  through the plan.

The Trustee received $     278.57 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 06/23/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```